**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:22-CR-00096-CHB**

**UNITED STATES OF AMERICA,**                                           **PLAINTIFF**

**v.**

**JOHN EDWARD LOHDEN, JR.,**                                           **DEFENDANT**

**ORDER**

Pursuant to the Due Process Protections Act, the Court confirms the United States'

obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v.*

*Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a

timely manner may result in consequences, including, but not limited to, exclusion of

evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or

sanctions by the Court.

cc:  Counsel of record